**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02644-SKC

ISSOUFOU KIMBA TAHIROU,

      Petitioner,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,
ROBERT HAGAN, Field Office Director, Denver Field Office, Immigration and Customs Enforcement, and
JUAN BALTAZAR, Warden, Denver Contract Detention Facility,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders (ECF Nos. 12 and 14) entered by U.S. District Judge S. Kato Crews, it is

ORDERED that judgment is entered in favor of Petitioner and against Respondents.  It is

FURTHER ORDERED that Petitioner is awarded costs pursuant to D.C.COLO.LCivR 54.1. *See Daley v. Ceja,* 158 F.4th 1152 (10th Cir. Nov. 3, 2025); 28 U.S.C. § 2412(a)(1).  It is

FURTHER ORDERED that this case is closed.

DATED at Denver, Colorado, this 23rd day of July, 2026.

                FOR THE COURT:

                Jeffrey P. Colwell, Clerk

                By:  s/ M. Smotts
                     M. Smotts, Deputy Clerk